IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GEORGE LARRY GILLOM**                                                          **PLAINTIFF**

v.                                                     **No. 4:06CV107-P-B**

**"UNKNOWN" HUTTO, ET AL.**                                        **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On January 29, 2007, the court entered an order directing the clerk's office to issue process in this case. The order cautioned the plaintiff that failure to keep the court informed of his current address would lead to the dismissal of this suit. Despite this warning, the plaintiff has failed to comply with the court's order; the court received mail returned from the plaintiff's last known address. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 3rd day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE